

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00030-CR

IN RE JOHNIFER RAY MUMPHREY

Original Mandamus Proceeding

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Johnifer Ray Mumphrey was tried for and convicted of burglary of a habitation in 2019, and this Court previously affirmed his conviction. *Mumphrey v. State*, No. 06-19-00030-CR, 2019 WL 4229807 (Tex. App.—Texarkana Sept. 6, 2019, no pet.) (mem. op., not designated for publication). Even so, Mumphrey has repeatedly filed pro se petitions for writs of mandamus seeking dismissal of the State's indictment.

We have twice before rejected Mumphrey's petition for a writ of mandamus on the same grounds and have explained to Mumphrey that "[a]ny challenge to an indictment must be made before trial." *In re Mumphrey*, No. 06-24-00180-CR, 2024 WL 4969146, at *1 (Tex. App.—Texarkana Dec. 4, 2024, orig. proceeding) (mem. op., not designated for publication); *see In re Mumphrey*, No. 06-24-00167-CR, 2024 WL 4549433, at *1 (Tex. App.—Texarkana Oct. 23, 2024, orig. proceeding) (mem. op., not designated for publication).

For the same reasons stated in our prior opinions, we likewise deny Mumphrey's third petition for a writ of mandamus seeking post-conviction dismissal of an indictment.


Charles van Cleef
Justice


Date Submitted:     February 18, 2025
Date Decided:       February 19, 2025

Do Not Publish